IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                   PLAINTIFF

v.                      Civil No. 12-3083

ERIC HOLDER, United States
Attorney General; and UNITED STATES
DEPARTMENT OF JUSTICE                             DEFENDANTS

### ORDER

Dale Adams has submitted for filing in this district a *pro se* action under the Freedom of Information Act, 5 U.S.C. § 552, the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, the United States Constitution and federal common law. I find the complaint and *in forma pauperis* (IFP) application should be provisionally filed prior to a determination regarding Plaintiffs' status as a pauper and service of process. The United States District Clerk is directed to file the IFP application and the complaint.

IT IS SO ORDERED this 6 day of July 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 6 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk